Lumbermen's Mutual Casualty Company and Central Manufacturers' Mutual Insurance Company, appellants, v. Inter-Insurance Exchange of the Illinois Automobile Club et al., appellees. Gen. No. 38,114.

Opinion filed December 30, 1935. Rehearing denied January 11, 1936.

Bradley, Harper, Huss & Rehm, for appellants; Samuel A. Harper and Walter Sczudlo, of counsel. Ode L. Rankin, for appellees; Lord, Lloyd & Bissell, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Lloyd L. Hughes, appellee, v. A. F. Denemark, appellant. Gen. No. 38,152.

Opinion filed December 30, 1935. Both petitions for rehearing denied January 11, 1936.

Freeman & Freeman, for appellant; Harry Freeman and William H. Becker, of counsel. Packard, Barnes, McCaughey & Schumacher, for appellee; Russell J. McCaughey, of counsel.

Mr. Justice Friend delivered the opinion of the court.

The People of the State of Illinois for the use of Robert C. Hooper, appellant, v. John F. Hesterman et al., defendants. Arthur C. Marriott, appellee. Gen. No. 38,162.

Opinion filed December 30, 1935.

Edwin Hamilton, for appellant. Charles M. Haft, for appellee.

Mr. Justice Friend delivered the opinion of the court.